UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID BERTELETTI, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 20-CV-12114-GAO |
| KABBAGE, INC., KABBAGE PAYMENTS LLC, AND DOES 1-50, | ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

## PLAINTIFF-RELATOR'S RULE 41 NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO KABBAGE PAYMENTS LLC, AND DOES 1-50 ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Federal False Claims Act, 31 U.S.C.§ 3730(b)(1), undersigned counsel for Plaintiff-Relator notifies the Court that he is hereby voluntarily dismissing without prejudice all claims against Kabbage Payments LLC and Does 1-50 only, which are *qui tam* claims brought on behalf of the Plaintiff United States of America.

Undersigned counsel understands that the United States will be consenting to this dismissal pursuant to 31 U.S.C. § 3730(b)(1). Undersigned counsel expects the United States will do so by filing a separate consent to this Notice of Partial Voluntary Dismissal Without Prejudice of all claims against Defendants Kabbage Payments LLC and Does 1-50.

1

Plaintiff-Relator respectfully requests that the Court enter an Order in the form of the attached proposed Order after the United States has filed the expected consent to this dismissal.

DATED: 29 March 2024

Respectfully submitted,

Michael A. Lesser (BBO# 631128)
E-mail: mlesser@tenlaw.com
Evan R. Hoffman (BBO# 678975)
E-mail: ehoffman@tenlaw.com
Thornton Law Firm LLP
84 State Street, 4th Fl.
Boston, MA 02109
Tel: (617) 720-1333
Fax: (617) 720-2445
Counsel for Plaintiff-Relator

## CERTIFICATE OF SERVICE

I, Michael A. Lesser, hereby certify that I have on this date served an electronic copy of the foregoing document on the parties of record representing the interests of the United States of America (with their assent to electronic service). As the Defendants for whom voluntary dismissal is sought have not been served the qui tam Complaint, they will not be served this Notice.

Dated: 29 March 2024

Michael A. Lesser

2