UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID BERTELETTI, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 20-CV-12114-GAO |
| KABBAGE, INC., KABBAGE PAYMENTS LLC, AND DOES 1-50, | ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

[PROPOSED]

## ORDER ON PLAINTIFF-RELATOR'S RULE 41 NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO KABBAGE PAYMENTS LLC, AND DOES 1-50 ONLY

Plaintiff-Relator, having requested, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that certain claims in the above-captioned action be dismissed without prejudice, and the United States having consented, in the interests of justice, to such dismissal without prejudice:

IT IS HEREBY ORDERED THAT the claims against Kabbage Payments LLC and Does 1-50 in this action are dismissed without prejudice.

Dated: _____

_____
George A. O'Toole
United States District Judge

1