**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID BERTELETTI, <br><br> Plaintiff, <br><br> v. <br><br> KABBAGE, INC., KABBAGE PAYMENTS LLC, AND DOES 1-50, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

20-CV-12114-GAO

**FILED UNDER SEAL**

**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY**
**INTERVENE FOR PURPOSE OF SETTLEMENT AS TO KABBAGE, INC.**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action solely for the purposes of settlement with the defendant Kabbage, Inc. ("Kabbage").

The United States, the wind down officer administering the estate of Kabbage, and the relator executed a settlement agreement effective May 7, 2024 ("Settlement Agreement"), which resolves this False Claims Act action as to Kabbage.  The parties will file promptly a Joint Notice of Dismissal as to Kabbage pursuant to the settlement agreement, once the United States has made a settlement payment to the relator required by the settlement agreement.

In accordance with the Court's Order on May 1, 2024 [ECF No. 44], upon filing of this Notice of Election to Partially Intervene, the case is unsealed, and the government requests that only this Notice, the relator's Complaint, relator's Notice of Partial Voluntary Dismissal as to Kabbage Payments LLC and Does 1-50, and all future filings shall be made available on the public docket.

Dated:  May 7, 2024                                     Respectfully submitted,


BRIAN M. BOYNTON                                       JOSHUA S. LEVY
Principal Deputy Assistant Attorney General            Acting United States Attorney


                                                       */s/ Brian M. LaMacchia*
JAMIE A. YAVELBERG                                     BRIAN M. LAMACCHIA
COLIN M. HUNTLEY                                       DIANE C. SEOL
SARAH E. LOUCKS                                        Assistant United States Attorneys
Attorneys, Civil Division                             1 Courthouse Way, Ste. 9200
United States Department of Justice                   Boston, MA 02210
P.O. Box 261, Ben Franklin Station                    Phone: (617) 748-3100
Washington, DC 20044                                  brian.lamacchia@usdoj.gov
Phone: (202) 616-2921                                 diane.seol@usdoj.gov
Sarah.E.Loucks@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on the relator's counsel, by electronic mail at the address below (with the relator's assent to electronic service), on the below date:

Michael A. Lesser, Esq.
Evan R. Hoffman, Esq.
Thornton Law Firm LLP
One Lincoln Street, 13th Floor
Boston, MA 02111
(Tel.): 617-720-1333
(Fax): 617-720-2445
E-mail: mlesser@tenlaw.com
E-mail: ehoffinan@tenlaw.com


Dated: May 7, 2024                    */s/ Brian M. LaMacchia*
                                      Assistant U.S. Attorney

2