**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**United States of America**
*ex rel.* David Berteletti

       Plaintiff

           CIVIL ACTION

    V.

           NO.  1:20-12114-GAO

**Kabbage, Inc.**

       Defendant

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

       In accordance with the Court's ORDER (Dkt. No. 48) dated July 16, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

       By the Court,

7/16/2024                 /s/ Flaviana de Oliveira
Date                    Deputy Clerk